FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★   OCT 22 2013   ★

LONG ISLAND OFF!

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
SECURE WEB CONFERENCE CORPORATION,

                              Plaintiff,

          -against-

MICROSOFT CORPORATION,

                              Defendant.
---------------------------------------X
SECURE WEB CONFERENCE CORPORATION,

                              Plaintiffs,

          -against-

LOGITECH, INC.,

                              Defendant.
---------------------------------------X

ORDER
13-CV-2642(JS)(AKT)

13-CV-3809(JS)(WDW)

APPEARANCES
For Plaintiff:          Gregory O. Koerner, Esq.
                        Koerner Law Firm
                        111 John Street, Suite 230
                        New York, NY 10038

                        Jonathan T. Suder, Esq.
                        Decker Cammack, Esq.
                        Friedman, Suder & Cooke
                        604 E. 4th Street, Suite 200
                        Fort Worth, TX 76102

For Defendants
Microsoft:              William F. Cavanaugh, Esq.
                        Chad Johnson Peterman, Esq.
                        Patterson Belknap Webb & Tyler LLP
                        1133 Avenue of the Americas
                        New York, NY 10036

Logitech:               No appearances.

SEYBERT, District Judge:

Presently pending before the Court is Plaintiff Secure Web Conference Corporation's ("Plaintiff") motion filed in Secure Web Conference Corporation v. Logitech, No. 13-CV-1309 to consolidate the above-captioned cases. The Court has reviewed the dockets in both actions, and both complaints involve the same patents-in-suit and the claims arise out of the same general set of facts. Thus, the Court finds that consolidation is warranted to avoid the duplicative and unnecessary use of judicial resources. See FED. R. CIV. P. 42(a). As such, the Court GRANTS Plaintiff's request and ORDERS that Secure Web Conference Corp. v. Microsoft Corp., No. 13-CV-2642, and Secure Web Conference Corp. v. Logitech, Inc., No. 13-CV-3809, be consolidated. All future filings are to be docketed in the earlier-filed case, case number 13-CV-2642.

Further, the Court ORDERS that the Scheduling Orders issued by Magistrate Judge A. Kathleen Tomlinson in case number 13-CV-2642 shall govern the consolidated action.

The Clerk of the Court is directed to consolidate these matters and to mark case number 13-CV-3809 closed.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:    October __22__, 2013
          Central Islip, NY

2